NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VANESSA B. CHAUVIN; LORIANN )
CHAUVIN; and DAVID B. CHAUVIN, )
                                )
           Appellants, )
                                )
v. )           Case No. 2D18-2591
                                )
SCHOOL BOARD OF PINELLAS )
COUNTY, a Florida governmental entity )
and JANE DOE, a minor by and through )
her parents and natural guardians, M.D. )
and P.D., )
                                )
           Appellees. )
_____ )

Opinion filed September 13, 2019.

Appeal from the Circuit Court for Pinellas
County; Jack R. St. Arnold, Judge.

Hannah E. Austin and Michael V. Laurato of
Austin & Laurato, P.A., Tampa, for
Appellants.

DeeAnn J. McLemore and Charles W. Hall
of Banker Lopez Gassler P.A., St.
Petersburg, for Appellee School Board of
Pinellas County.

No appearance for Appellee Jane Doe.

PER CURIAM.

Affirmed.

BLACK, SLEET, and LUCAS, JJ., Concur.